**BARSHAY SANDERS, PLLC**
100 Garden City Plaza
Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 113446
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Stanley P. Sorrentino,

        Plaintiff,

-against-

Allied Interstate LLC,

        Defendant.

Docket No: 2:17-cv-06779-JMA-GRB

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

    Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that the above captioned action is voluntarily dismissed with prejudice against the defendant.

Dated: January 22, 2018

        **BARSHAY SANDERS, PLLC**

        By: ___/s *Craig B. Sanders*___
        Craig B. Sanders
        100 Garden City Plaza, Suite 500
        Garden City, New York 11530
        Tel. (516) 203-7600
        Email: *ConsumerRights@BarshaySanders.com*
        Our File No: 113446
        *Attorneys for Plaintiff*